AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Bobette Suter

V.

Watch Hill Yacht Club

**SUMMONS IN A CIVIL CASE**

CA 07 456

CASE NUMBER:

TO: (Name and address of Defendant)

Watch Hill Yacht Club
c/o John R. Payne, Jr., (Registered Agent for Service of Process)
46 Granite Street
Westerly, RI 02891

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

DATE 12/12/07

Barbara Barletta

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12-13-07 |
| NAME OF SERVER (PRINT) Anthony Marcello Sr. | TITLE D-Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Served Agent for Service John R Pena Jr (Personally)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 35.00 | 35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-13-07
Date

[signature]
Signature of Server

34 [illegible] St. [illegible] 02[illegible]
Address of Server

Anthony Marcello Sr.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.