Case 1:07-cv-00456-ML-DLM Document 1 Filed 12/12/2007 Page 1 of 3

KNM 07-259

CA 07 456

A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BOBETTE SUTER :

VS. : C.A. No.

WATCH HILL YACHT CLUB :

**COMPLAINT**

1. This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all times material hereto, BOBETTE SUTER (hereinafter "SUTER") was and is the owner and operator of a J 37 sloop sailing vessel, S/V ELUSIVE, and is a resident of Quogue, New York.

3. At all times material hereto, defendant, WATCH HILL YACHT CLUB (hereinafter "WHYC" of "defendant"), was and is a corporation organized under and by virtue of the laws of the State of Rhode Island with its principal place of business located in Watch Hill, Rhode Island.

4. At all times hereinafter mentioned, defendant, a yacht club, provided a marina and mooring field located at Watch Hill in the County of Washington, State of Rhode Island, for its members, as well as for use by guests who were members of any other bona fide yacht club.

5. At all times hereinafter mentioned, the defendant operated, maintained and controlled the marina and mooring field.

6. On or around August 7, 2006, SUTER arrived at the Watch Hill Harbor aboard the S/V ELUSIVE. In accordance with WHYC Guest Services guidelines, SUTER contacted the WHYC on VHF channel 10 requesting a mooring assignment.

7. Receiving SUTER'S request for a mooring, WHYC launch operator Beth Kingsley directed SUTER and S/V ELUSIVE to a mooring field, advising that SUTER could choose any of the four moorings available.

8. The S/V ELUSIVE entered the field and was approximately twenty feet from mooring #5, traveling at 1 knot, when she made contact with a rock submerged approximately four feet eight inches below the surface, thereby damaging S/V ELUSIVE.

9. Due to extensive damage to the keel, shaft propeller and bottom of the vessel, causing the S/V ELUSIVE to take on water, the S/V ELUSIVE required hauling by Dodson Boatyard.

10. The damage to S/V ELUSIVE was caused by the negligence of the defendant in its failure to exercise reasonable diligence to provide a safe berth and to warn a person lawfully using its facilities of any unexpected hazard or deficiency of which it may have knowledge, including underwater obstructions at the berth or in its approaches of which it may have knowledge, or should have knowledge in the ordinary course of diligence, all of which caused the S/V ELUSIVE to sustain damages, without any negligence on the part of SUTER contributing thereto.

11. On or about September 7, 2006, SUTER paid Dodson Boatyard the sum of Sixty Thousand Six Hundred Nine and 03/100 ($60,609.03) Dollars for damages sustained to the vessel S/V ELUSIVE.

Case 1:07-cv-00456-ML-DLM Document 1 Filed 12/12/2007 Page 3 of 3

12. On or about February 15, 2007, SUTER paid, as a supplement to the original estimate, the sum of Nine Thousand Nine and 21/100 ($9,009.21) Dollars for damages sustained to the vessel S/V.

13. As a result of the negligence of the defendants, the plaintiff has been damaged in the sum of Sixty Nine Thousand Six Hundred Eighteen and 24/100 ($69,618.24) Dollars, plus interest, costs and such other relief as this Court deems fit.

**WHEREFORE,** plaintiff, BOBETTE SUTER prays:

That judgment may be entered in favor of plaintiff in the amount of Sixty Nine Thousand Six Hundred Eighteen and 24/100 ($69,618.24) Dollars, together with interest, costs and attorneys fees and that plaintiff may have such other and further relief that the justice of this cause may require.

BOBETTE SUTER

By her Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
Hanson Curran LLP
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154 – telephone
(401) 521-7040 – fax
jtm@hansoncurran.com
knm@hansoncurran.com

Plaintiff hereby designates James T. Murphy and Kelly N. Michels and as its trial attorneys.