KNM:em 07-259

UNIITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

D

| | | |
|---|---|---|
| BOBETTE SUTER | : | |
| | : | |
| VS. | : | C.A. No. 07-456ML |
| | : | |
| WATCH HILL YACHT CLUB | : | |

**AFFIDAVIT OF NON-MILITARY SERVICE**

On this day, Kelly N. Michels, appeared before me, the undersigned, notary public, being duly sworn and deposed as follows:

1. My name is Kelly N. Michels. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. Defendant, Watch Hill Yacht Club is not a person, but a domestic non-profit corporation and therefore is not subject to the provisions of the Servicemembers Military Relief Act.

3. Defendant's Registered Agent for Service of Process is John R. Payne, Jr., located at 46 Granite Street, Westerly, RI.

7 January 2008
Date

Kelly N. Michels
Kelly N. Michels, Esq. #6478

STATE OF RHODE ISLAND
PROVIDENCE COUNTY

Subscribed and sworn to before me this 7th day of January, 2008.

SARA FONTES
NOTARY PUBLIC
STATE OF RHODE ISLAND
My Commission Expires April 3. 2010

Notary Public
Expiration Date: 4-3-10