UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BOBETTE SUTER
Plaintiff,

vs. C.A. N0. 07-456ML

WATCH HILL YACHT CLUB,
Defendant.

**CLERK'S ENTRY OF DEFAULT**
**AS TO DEFENDANT WATCH HILL YACHT CLUB**

It appearing from the records in this action that Summons has been served upon defendant WATCH HILL YACHT CLUB, and it further appearing from the declaration of counsel for Plaintiff and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure that defendant WATCH HILL YACHT CLUB has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiff's counsel, the DEFAULT of defendant, WATCH HILL YACHT CLUB hereby is entered.

Enter:

Deputy Clerk

DATED: January 8, 2008