**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ****************************** | ) | |
| **BOBETTE SUTER** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 07-456-ML-DLM** |
| **v.** | ) | |
| | ) | |
| **WATCH HILL YACHT CLUB** | ) | |
| **Defendant** | ) | |
| | ) | |
| ****************************** | | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendant, Watch Hill Yacht Club, in the above entitled action.

By its attorneys,

/s/ Seth S. Holbrook__________
Seth S. Holbrook, RI Bar # 5677
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

Certificate of Service

I hereby certify that on January 9, 2008, I electronically filed the Notice of Appearance, with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Seth S. Holbrook_________
Seth S. Holbrook RI Bar #5677
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com