**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO. CA 07-456ML-DLM**

**BOBETTE SUTER,**
**Plaintiff**

**v.**

**WATCH HILL YACHT CLUB,**
**Defendant.**

**DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND FOR LEAVE TO FILE ANSWER (ASSENTED TO)**

NOW COMES the defendant, by and through its undersigned attorneys and moves that this Court set aside the default and that the defendant be permitted to file its Answer.

As reason therefore, defendant's counsel has learned that a default was entered on January 7, 2008. There are meritorious defenses to the complaint and there is a good excuse for the delay. The proposed answer is submitted herewith.

Plaintiff's counsel assents to this motion.

WHEREFORE plaintiff's counsel prays that the court set aside the default and permit the defendant to file its answer late.

By its attorney,

/s/ Seth S. Holbrook
Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

Assented to:

/s/ Kelly N. Michels
Kelly N. Michels
Hanson Curran, LLP
146 Westminster Building
Providence, RI 02903
401- 421 -2154
knm@hansoncurran.com

Certificate of Service

I hereby certify that on January 23, 2008, I electronically filed the Defendant's Motion to Set Aside Default and File Answer with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Seth S. Holbrook
Seth S. Holbrook
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com