**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BOBETTE SUTER | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | C.A. NO. 07-456 ML |
| WATCH HILL YACHT CLUB | : | |
| Defendant | : | |

**PLAINTIFF'S INITIAL DISCLOSURES**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff Bobette Suter, by its undersigned attorneys, hereby provides initial disclosures to Defendant Watch Hill Yacht Club.

**1. The name, address and telephone number of each individual likely to have discoverable information.**

a. Bobette Suter
P.O. Box 1709
124 Jessup Ave.
Quoghe, NY 11959
(631) 653-3877

Ms. Suter is the plaintiff and has information pertaining to her ownership and operation of the J 37 sloop sailing vessel, "S/V Elusive." She has discoverable information pertaining to the operation of the vessel, the accident that is the subject of this litigation and the resulting damages (scope and value) to her property.

b. Certain representatives of the Department of Environmental Management, Division of Law Enforcement, Environmental Police including Officer D. Turano and Officer Alfonso
235 Promenade Street
Providence, RI 02908
(401) 222-2284

Certain representatives of the Department of Environmental Management, Division of Law Enforcement, Environmental Police, including Officer D. Turano and Officer Alonso, participated in the investigation of the accident that is the subject of this litigation. They are expected to have discoverable information pertaining to the cause of the accident that is the subject of this litigation.

c. Frank J. Saulle
Davis and Company, Ltd.
16 Shenandoah, 2nd Floor
Staten Island, NY 10314
(718) 698-6271

Mr. Saulle participated in the surveying of the damage to the vessel and expected damages. He has discoverable information pertaining to the cause of the accident that is the subject of this litigation as well as the nature, scope and measure of damage to the vessel. He may be identified as an expert who will be relied upon at the trial of this matter as to the cause and scope of the damage. In that event, these disclosures will be supplemented in accordance with the F.R.C.P. 26.

d. Dann Lockwood
Dodson Boatyard
P.O. Box 271
Stonington, CT 06378
(860) 535-1507

Mr. Lockwood participated in the repair of the vessel and evaluation of the damages. He has discoverable information pertaining to nature and scope of damage to the vessel. He may be identified as an expert who will be relied upon at the trial of this matter as to the cause and scope of the damage. In that event, these disclosures will be supplemented in accordance with the F.R.C.P. 26.

e. Amy Wessell
c/o W3 LLC
1470 Walnut St, Suite 101
Boulder, CO 80302
(303) 588-8882

Ms. Wessell served as a crew member on the "Elusive" at the time of the accident. She has discoverable information pertaining to the accident that is the subject of this litigation.

f. Carol Zimmer
173 Wellington Road
Garden City, NY 11530
(516) 987-7093

Ms. Zimmer served as a crew member on the "Elusive" at the time of the accident. She has discoverable information pertaining to the accident that is the subject of this litigation.

g. Douglas Miner
14 Keith Street
Norwalk, CT 06854

Mr. Miner was a witness to the accident while moored at mooring #6 on his sail boat. He has discoverable information pertaining to the accident that is the subject of this litigation.

h. Beth Kingsley
Watch Hill Yacht Club
P.O. Box 2933
Westerly, RI 02891

Ms. Kingsley is an employee of Watch Hill Yacht Club. She is expected to have discoverable information pertaining to the directions she provided to Ms. Suter, the condition of the submerged rocks in the mooring field and the accident that is the subject of this litigation.

i. Certain representatives of Watch Hill Yacht Club including "Ken," who was Launch Supervisor
Watch Hill Yacht Club
P.O. Box 2933
Westerly, RI 02891

Certain representatives of Watch Hill Yacht Club, including the launch supervisor, Ken, may have discoverable information pertaining to the submerged rocks in the mooring field and the accident that is the subject of this litigation.

Plaintiff reserves the right to supplement this disclosure as discovery progresses.

**2. A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody and control of the party and that the disclosing party may use to support its claims.**

Plaintiff includes the following:

a. Subject J 37 vessel, HIN TSP37021E788 (in possession of Ms. Suter);
b. Signed statement of Bobette Suter, dated August 14, 2006;
c. Report of Davis & Company, dated August 31, 2006;
d. Report of Davis & Company dated February 13, 2007;
e. Department of Environmental Management, Environmental Police Boating Accident Report No. 06-366-OF;
f. Itemization of Repair by Dodson Boatyard, dated August 18, 2006;
g. Correspondence from Dodson Boatyard, dated January 25, 2007;
h. Damages documentation;
i. Photographs of the damage;

Plaintiff reserves the right to supplement this disclosure as discovery progresses.

**3. A computation of any category of damages claimed.**

Plaintiff encloses available damages documentation. Plaintiff will supplement the damages claim if additional documentation is secured. Total damages are in the approximate amount of $69,618.24.

| | |
|---|---|
| Initial Surveyor Estimate | $60,609.03 |
| Supplemental Repairs | $9,009.21 |
| Total: | $69,618.24 |

**4. A copy of the insurance policy for which any person carrying an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Plaintiff does not have possession of any such insurance policy.

Respectfully submitted,
Bobette Suter

By her Attorneys,

/s/ Kelly N. Michels

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
Hanson Curran LLP
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154 – telephone
(401) 521-7040 – fax
jtm@hansoncurran.com
knm@hansoncurran.com

August 10, 2006

Bobette Suter
P.O. Box 1709
Quogue, NY 11959

Cell: 516-768-6536
Home: 631-734-2910
Office: 631-653-3877

Vessel Name: Elusive
Type: Auxiliary Sail - J-37 Sail Sloop White Hull – 5'4" Deep 37' Long with a 5'4" Draft
Year: 1988
HID #: TSP37021E788
NYS Registration #: NY4115FF

On board the Elusive:
Skipper/Owner: Bobette Suter 516-768-6536
Crew Member: Amy Wessel 303-588-8882
Crew Member: Carol Zimmer 516-987-7093

Re: Accident – Elusive hit rock in Watch Hill Yacht Club Mooring field.
#06-366-OF D.E.M. R.I.

| **Date:** | **Time:** | **Account of Events:** |
|---|---|---|
| August 7, 2006 | 3:30 PM | Arrive Watch Hill Harbor, R.I. |
| | 3:40 PM | Watch Hill Yacht Club launch operator Beth Kingsley directed Elusive to a mooring field of 4 moorings, "Choose any one" via radio channel #10. |
| | 3:45 PM | Entered field from West, rounded RED #2 & no wake buoys to starboard. Swung N.E. toward mooring #6 and rounded South East to pick up mooring #5. Made contact with rock at N 41° 18.887' W 071° 51,630'. Elusive was approximately 20' from the mooring & traveling 1 knot. |
| | 3:50 PM | Contacted Watch Hill Yacht Club via radio channel # 10, and informed them of accident and rock. Elusive was checked for leaks and requested a mooring for holding to do outboard inspection. |
| | 4:10 PM | Elusive dropped anchor, found sump pump running continuously and hauling was mandatory. |
| | 4:15 PM | Skipper Suter spoke with Doug who was on his Navy Blue 45' sail boat HOKUSAI #08MC0957JP. His e-mail address is: MINERDOUG@HOTMAIL.COM . Doug and his wife witnessed the accident at mooring #6. |

| Date: | Time: | Account of Events: |
|---|---|---|
| August 7, 2006 | 4:45 PM | Elusive was hauled by Dodson Boatyard where severe damage was found to the Keel & the bottom of the vessel. It was established based on the location of the damage that the rock was 4'8" below the surface. The vessel remains at Dodson Boatyard which is located at 194 Water Street, Stonington, CT. Their Phone number is 860-535-1507. |

**Accident Report and Notifications to Date:**

| | |
|---|---|
| August 7, 2006 | Watch Hill Yacht Club, Watch Hill, R.I. Launch Operator and Mooring Field Director Beth Kingsley were notified of rock. |
| August 8, 2006 | Watch Hill Yacht Club, Watch Hill, R.I. Launch Supervisor Ken was approached by Skipper Bobette Suter who offered to mark the rock with his help. He declined the offer and then proceeded to put a boat on mooring # 6 right next to the rock!!! |
| August 9, 2006 | Skipper Bobette Suter filed incident report with Officer D. Turano ( #13 ) while on the water at Watch Hill channel. |
| August 10, 2006 | Skipper Bobette Suter filed incident report via phone with the R.I. Dem, Officer Alfonso 401-222-3070. Formal paperwork is to be filed by Skipper Bobette Suter. |
| | Skipper Bobette Suter filed incident report via phone with Westerly, R.I. Assistant Harbor Master, Bobby Stedman 401-596-2022. |

SIGNED

BOBETTE SUTER

8.14.06

DAVIS & company LIMITED Est. 1977
"One Source, One Solution"

Offices servicing North America
Visit our Website:
www.daviscoltd.com
for an up to date geographic locations listing

MARINE SURVEYORS, ENGINEERS, CONSULTANTS
1989 University Lane, Suite I, P.O. Box 359, Lisle, IL 60532-0359
630-852-7944 630-852-7128 FAX

August 31, 2006
Nancy Gunderson
Allstate Insurance Company
P.O. Box 5510
1111 Marcus Ave.
Lake Success, N.Y. 11042

Re: Bobette Suter
Pol: 078502661
Claim: 2126333224
D/L: August 7, 2006
T/L: SSO/ Rocks
Our File#: 45530 2006 1

Dear Ms. Gunderson,

We have previously acknowledged receipt of this assignment to your offices under the date of August 8, 2006.

**ENCLOSURES:**

1. Surveyor's Worksheet
2. Estimate from Dodson Boatyard
3. Photographs (9)

**CAUSE OF LOSS AS REPORTED:**

We spoke with Ms. Suter on August 8, 2006 and she stated that she was entering the small easterly mooring field at the Watch Hill R.I. Yacht Club in Watch Hill Harbor when she struck a submerged object, most likely a rock. She said that there was damage to the keel and that the boat was taking on water and had to be hauled out.

**SURVEY:**

We inspected the vessel on August 9,2006 at Dodson Boatyard 194 Water St. Stongington, Ct. 06378. The vessel was blocked in the yard. Ms. Suter and Mr. Dan Lockwood the General Manager of Dodson Boatyard where in attendance. The subject vessel was a 1988 J37C sailboat (Tillotson Pearson) HIN TSP37021E788 Documentation number 925421 equipped with a Volvo Penta inboard diesel engine. We began our inspection underneath the boat, there was damage to the leading edge of the keel on the port side, the lead keel was scraped and gouged. We found cracks at the forward edge of the keel where it joined the bottom of the hull. The aft edge of the keel at the hull joint was cracked and the cutlass bearing mounted in the hull was dislodged. It was not known at this time if the

shaft was bent. We inspected the cabin area and found cracks in the stringers at both the front and rear of the keel sump areas the engine was mounted directly over, this area and the full extent of damage will not be known until the motor is removed for inspection.

**CONCLUSIONS:**

The damage found to Ms. Suter's boat is consistent with hitting a solid submerged object such as rocks as described.

**MEASURE OF DAMAGE:**

We have received an estimate from Dodson Boatyard for $60,609.03 for repairs to Ms. Suter's boat. We have reviewed this estimate and find the prices and labor hours charged consistent with industry standards. We are making a net loss recommended amount of $58,109.03 which is the repair shop estimate less a $2500.00 deductible.

**SALVAGE/STORAGE:**
Salvage and storage are not relevant to this assignment.

**SUBROGATION:**
Subrogation may apply to the Watch Hill R.I. Yacht Club for Leading Ms. Suter to this mooring field.

This survey report is presented and was conducted without prejudice to the rights of any party, policy of insurance or provisions of law concerned. Davis and Company, Ltd. and the attending surveyor hereby certify that they have no present or contemplated future interest in the subject of the survey or any other interest, which might prevent a fair and unbiased finding. This report is the best expression of the surveyor's findings and opinions and the surveyor reserves the right to amend or extend this report upon receipt of additional information.

Thank you for the opportunity to be of service to you on this assignment. Our bill for services rendered is attached. If you have any questions, please contact the undersigned.

Davis and Company, Ltd.
Frank J. Saulle
Frank J. Saulle
Marine Surveyor (attending)
Frank Taft, VP of Operations
(in review)

dated: August 31, 2006
at: Staten Island, NY

INSD: Bobette Suter
POL: 078502661
CLAIM: 2126333224

D/L: August 7, 2006
T/L: SSO/Rocks
Our Ref: 45530 2006 1

VALUE: (Per Buc Used Boat Price Guide Vol.I, (90th Ed.)
Low $86,100.00 High $94,600.00 Median Value $90,350.00

SURVEYORS WORKSHEET

| Description | Labor | Material |
|---|---|---|
| Emergency haul and block | $814.00 | |
| Move boat to crane area | $246.00 | |
| De rig un-step store spars<br>Re rig | $3,772.00 | $40.00 |
| Remove engine, clean bilge<br>And sump area | $2,460.00 | $75.00 |
| Move boat block in repair shed | $738.00 | |
| R+R main salon sole | $9,840.00 | $1,150.00 |
| R+R keel, re bed fair and<br>barrier coat | $18,040.00 | $2,900.00 |
| Repair all fiberglass fractures<br>Inside and out | $14,350.00 | |
| Reinstall engine and shaft<br>Hook up all accessories<br>Launch and sea trial | $4,100.00 | $200.00 |

| | |
|---|---|
| Labor: | $54,360.00 |
| Material: | $4,365.00 |
| Tax: | $261.90 |
| Environmental Charge: | $1,622.13 |
| Total: | $60,609.03 |
| Less Depreciation: (    ) | $ |
| Less Deductible: | $2,500.00 |
| Net: | $58,109.03 |

Davis and Company, Ltd.

Frank J. Saulle

Frank J. Saulle, Marine Surveyor
(attending)

Frank Taft, VP of Operations
(in review)

dated: August 31, 2006
at: Staten Island, N.Y.

NOTES:

Labor was calculated at $82.00 an hour.

February 13, 2007
Nancy Gunderson
Allstate Insurance Company
P.O. Box 5510
1111 Marcus Ave.
Lake Success, N.Y. 11042

Re: Bobette Suter
Pol: 078502661
Claim: 2126333224
D/L: 8/7/2006
T/L: SSO
Our File#: 45530 2006 2

Dear Ms. Nancy Gunderson,

We have previously reported to your office on this assignment under the date of August 26, 2006.

**ENCLOSURES:**

1. Surveyor's Worksheet
2. Estimate and supplement from Dodson Boatyard (5) pages
3. Photographs (5)

**CAUSE OF LOSS AS REPORTED:**

This vessel was the subject of an earlier report when it was damaged due to striking a submerged object. We have been informed by the owner Ms. Suter and Mr. Dann Lockwood of Dodson Boatyard that additional labor and materials will be necessary to complete the required repairs. Per your request we have re-opened this file.

**SURVEY:**

We inspected the vessel on 2/1/07 it was blocked in a work shed at Dodson Boatyard 194 Water St. Stonington, Ct. 06378 (860) 535-1507. Mr. Dann Lockwood the General Manager of Dodson Boatyard was present during the inspection.

The subject vessel "ELUSIVE" is a 1988 37' sailboat model J37C HIN TSP37021E788 Documentation number 925421 equipped with a Volvo Penta diesel engine.

Mr. Lockwood estimated that repairs were 85% complete at this time. Our inspection began with the interior where we found most

of the interior woodwork tented and covered. The engine was still removed from the boat. The engine bed was installed and all fractures to the stringers and keel sump repaired. Mr. Lockwood explained the need to completely remove the engine bed to access the keel mounting bolts specifically the washers, which were embedded in epoxy. The teak and holly cabin sole was in the process of being installed at this time. We inspected the exterior keel and hull and found the keel hull joint repairs complete and the area around the seam faired. Repairs to the inside and outside of the shaft aperture were complete.

**CONCLUSIONS:**

The damage found is a direct result of running aground and should be made a part of this claim. Some contributing factors to the increase in labor and materials from the original estimate are the damage found in the area of the shaft aperture which went undetected until the sole was removed, and the repairs to the keel hull joint were more time consuming than originally estimated due to the thickness of the laminate.

**MEASURE OF DAMAGE:**

Mr. Lockwood of Dodson Boatyard estimates that approximately 100 additional labor hours were incurred to complete repairs to this point. The additional labor was required in items #7 and 9 (removal and replacement of keel, repair of all exterior fiberglass fractures) and item #8 (repair to all interior fiberglass fractures) of the original repair estimate. In addition the marina had exceeded its estimate for the cost of materials by $5,177.44. We have discussed this matter with Mr. Lockwood and reached a compromise. He has agreed to an increase of 40 additional labor hours and the additional materials required. The original estimate called for a total cost of repair to be $60,609.03. We have prepared a new worksheet (attached) with the additional labor and materials for a total cost of $69,618.24 less a $2,500.00 deductible for a net loss of $67,118.24.

**SALVAGE/STORAGE:**

Salvage and storage are not relevant to this assignment.

**SUBROGATION:**

Subrogation is not applicable to this assignment.

This survey report is presented and was conducted without prejudice to the rights of any party, policy of insurance or provisions of law concerned. Davis and Company, Ltd. and the attending surveyor hereby certify that they have no present or contemplated future interest in the subject of the survey or any other interest, which might prevent a fair and unbiased finding.

This report is the best expression of the surveyor's findings and opinions and the surveyor reserves the right to amend or extend this report upon receipt of additional information.

Thank you for the opportunity to be of service to you on this assignment. Our bill for services rendered is attached. If you have any questions, please contact the undersigned.

Davis and Company, Ltd.

Frank J. Saulle
Marine Surveyor
(attending)

Frank Taft
VP of Operations
(in review)

dated: February 15, 2007
at: Staten Island, N.Y.

06-366-OF

Attn: 48

# BOATING ACCIDENT REPORT

State of Rhode Island & Providence Plantations
Department of Environmental Management
Division of Law Enforcement
Environmental Police

235 Promenade Street
Providence, RI 02908
(401) 222 2284

06-366-OF

THE OPERATOR OF A VESSEL USED FOR RECREATIONAL PURPOSES IS REQUIRED TO FILE A REPORT IN WRITING WHENEVER AN ACCIDENT RESULTS IN LOSS OF LIFE OR DISAPPEARANCE FROM A VESSEL; AN INJURY WHICH REQUIRES MEDICAL TREATMENT BEYOND FIRST AID; OR PROPERTY DAMAGE IN EXCESS OF $2,000 OR COMPLETE LOSS OF THE VESSEL. REPORTS IN DEATH AND INJURY CASES MUST BE SUBMITTED WITHIN 48 HOURS. REPORTS IN OTHER CASES MUST BE SUBMITTED WITHIN 10 DAYS. REPORTS MUST BE SUBMITTED TO THE REPORTING AUTHORITY IN THE STATE WHERE THE ACCIDENT OCCURRED. THIS FORM IS PROVIDED TO ASSIST THE OPERATOR IN FILING THE REQUIRED WRITTEN REPORT. RIGL 46-22-21

COMPLETE ALL BLOCKS (INDICATE THOSE NOT APPLICABLE BY "NA")

## ACCIDENT DATA

DATE OF ACCIDENT: AUG 7 - 2006
TIME: 3:45 AM / PM (PM circled)
NAME OF BODY OF WATER: LITTLE NARRAGANSETT BAY
LOCATION (GIVE LOCATION PRECISELY): N 41° 18.887' W 071° 51.630

NUMBER OF VESSELS INVOLVED: 1
NEAREST CITY OR TOWN: WATCH HILL
COUNTY: WESTERLY ?
STATE: R.I.
ZIP CODE: 02891

WEATHER (CHECK ALL APPLICABLE): ☑ CLEAR ☐ CLOUDY ☐ FOG ☐ RAIN ☐ SNOW ☐ HAZY

WATER CONDITIONS: ☑ CALM WAVES (LESS THAN 6") ☐ CHOPPY (WAVES 6" TO 2') ☐ ROUGH (WAVES 2' TO 6') ☐ VERY ROUGH (GREATER THAN 6') ☐ STRONG CURRENT

TEMPERATURE (ESTIMATE): AIR 78 °F; WATER 68 °F

WIND: ☐ NONE ☑ LIGHT (0-6 MPH) ☐ MODERATE (7-14 MPH) ☐ STRONG (15-25 MPH) ☐ STORM (OVER 25 MPH)

VISIBILITY: DAY ☑ GOOD ☐ FAIR ☐ POOR; NIGHT ☐ GOOD ☐ FAIR ☐ POOR

NAME OF OPERATOR: BOBETTE SUTER
OPERATOR ADDRESS: PO 1709 QUOGUE NY 11959
OPERATOR TELEPHONE NUMBER: 631 653-3877 ☐ MALE ☐ FEMALE
DATE OF BIRTH (MO DAY YR): 6 15 55
OPERATOR EXPERIENCE: ☐ NONE ☐ UNDER 100 HOURS ☑ 100 HOURS OR MORE
BOATING SAFETY INSTRUCTION: ☐ STATE COURSE ☑ USCG AUXILIARY ☐ NONE ☑ U.S. POWER SQUADRON ☐ AMERICAN RED CROSS ☐ OTHER

NAME OF OWNER: BOBETTE SUTER
OWNER ADDRESS: PO 1709 QUOGUE, NY 11959
OWNER TELEPHONE NUMBER: 631 653-3877
NUMBER OF PEOPLE ON BOARD: 2
NUMBER OF PEOPLE BEING TOWED:
RENTED BOAT? ☐ YES (NO circled)

## BOAT NO. 1 (THIS VESSEL)

BOAT REGISTRATION OR DOCUMENTATION NUMBER: ~~TSP37021E788~~ NY4115FF
STATE: NY
HULL IDENTIFICATION NUMBER: TSP37021E788
BOAT NAME: ELUSIVE
BOAT MANUFACTURER: J - BOATS
LENGTH: 37'
MODEL: J-37
YEAR BUILT: 1988

TYPE OF BOAT: ☐ OPEN MOTORBOAT ☐ CABIN MOTOR BOAT ☑ AUXILIARY SAIL ☐ SAIL (ONLY) ☐ ROWBOAT ☐ CANOE/KAYAK ☐ PERSONAL WATERCRAFT ☐ PONTOON BOAT ☐ HOUSEBOAT ☐ OTHER (SPECIFY)

HULL MATERIAL: ☐ WOOD ☐ ALUMINUM ☐ STEEL ☑ FIBERGLASS ☐ RUBBER/VINYL ☐ RIGGID HULL INFLAT ☐ OTHER (SPECIFY

COMMERCIAL VESSEL? ☐ YES ☑ NO

ENGINE: ☐ OUTBOARD ☐ INBOARD ☑ INBOARD/STERNDRIVE ☐ AIRBOAT

FUEL: ☐ GASOLINE ☑ DIESEL ☐ ELECTRIC ☐ NONE

PROPULSIONS: ☑ PROPELLER ☐ WATERJET ☐ AIR THRUST ☐ MANUAL ☐ SAIL

NUMBER OF ENGINES: 1
TOTAL HORSEPOWER: MAX 6 KNOTS

PERSONAL FLOTATION DEVICES (LIFE JACKETS) WAS BOAT ADAQUATLEY EQUIPPED WITH CG APPROVED LIFE JACKETS? ☑ YES
☐ WERE THE LIFE JACKETS USED?

FIRE EXTINGUISHERS ON BOARD? ☑ YES ☐ NO
USED? ☐ YES ☑ NO

OPERATION AT TIME OF ACCIDENT (check all applicable): ☐ CRUISING ☐ CHANGING DIRECTION ☐ CHANGING SPEED ☐ DRIFTING ☐ TOWING ☐ BEING TOWED ☐ ROWING/PADDLING ☐ SAILING ☐ LAUNCHING ☑ DOCKING/UNDOCKING ☐ AT ANCHOR ☐ TIED TO DOCK/MOORING ☐ OTHER (SPECIFY) ☐ COMMERCIAL OPERATION

ACTIVITY AT TIME OF ACCIDENT (check any if applicable): ☐ FISHING ☐ TOURNAMENT ☐ HUNTING ☐ SWIMMING/DIVING ☐ MAKING REPAIRS ☐ WATERSKIING/TUBING/ETC. ☐ RACING ☐ WHITEWATER SPORTS ☐ FUELING ☐ STARTING ENGINE (S) ☐ NON-RECREATIONAL ☐ COMMERCIAL ACTIVITY ☑ OTHER (SPECIFY) ABOUT TO PICK UP MOORING - 25' AWAY

Type of accident: ☐ GROUNDING ☐ CAPSIZING ☐ FLOOD/SWAMPING ☐ SINKING ☐ FIRE OR EXPLOSION (FUEL) ☐ FIRE OR EXPLOSION (OTHER) ☐ SKIER MISHAP ☐ COLLISION WITH VESSEL ☑ COLLISION WITH FIXED OBJECT ☐ COLLISION WITH FLOATING OBJ. ☐ FALLS OVERBOARD ☐ FALLS IN BOAT ☐ STRUCK BY BOAT ☐ STRUCK BY MOTOR/PROPELLER ☐ STRUCK SUBMERGED OBJECT ☐ OTHER (SPECIFY ROCK - SUBMERGED ☐ HIT AND RUN

What contributed to accident? (check all applicable): ☐ WEATHER ☐ EXCESSIVE SPEED ☐ IMPROPER LOOKOUT ☐ RESTRICTED VISION ☐ OVERLOADING ☐ IMPROPER LOADING ☐ HAZARDOUS WATERS ☐ ALCOHOL USE ☐ DRUG USE ☐ HULL FAILURE ☐ MACHINERY FAILURE ☐ OPERATOR INEXPERIENCE ☐ OPERATOR INATTENTION ☐ CONGESTED WATERS ☐ PASSENGER/SKIER BEHAVIOR ☐ DAM/LOCK SAFETY ☑ OTHER (SPECIFY) W.H. LAUNCH DIRECTED ELUSIVE TO MOORING

ESTIMATED SPEED: ☐ NONE ☑ UNDER 10 MPH ☐ 10-20 MPH ☐ 21-40 MPH ☐ OVER 40 MPH

3

ATTN #,

96-366-OF

**DECEASED (IF MORE THAN 2 FATALITIES, ATTACH ADDITIONAL FORMS)**

NAME OF VICTIM: 0
ADDRESS OF VICTIM
WAS LIFEJACKET WORN? ☐ YES ☐ NO
DATE OF BIRTH ☐ MALE ☐ FEMALE
DEATH CAUSED BY ☐ DROWNING ☐ OTHER ☐ DISAPPEARANCE

NAME OF VICTIM
ADDRESS OF VICTIM
WAS LIFE JACKET WORN? ☐ YES ☐ NO
NAME OF VICTIM ☐ MALE ☐ FEMALE
DEATH CAUSED BY ☐ DROWNING ☐ OTHER ☐ DISAPPEARANCE

**INJURED (IF MORE THAN 2 INJURIES, ATTACH ADDITIONAL FORMS)**

NAME OF VICTIM
ADDRESS OF VICTIM
DATE OF BIRTH
MEDICAL TREATMENT BEYOND FIRST AID ☐ YES ☐ NO
ADMITTED TO THE HOSPITAL? ☐ YES ☐ NO
DESCRIBE INJURIES
WAS PFD WORN? ☐ YES ☐ NO
WAS IT INFLATABLE ☐ YES ☐ NO
PRIOR TO ACCIDENT? ☐ YES ☐ NO
AS A RESULT OF THE ACCIDENT ☐ YES ☐ NO

NAME OF VICTIM
ADDRESS OF VICTIM
DATE OF BIRTH
MEDICAL TREATMENT BEYOND FIRST AID? ☐ YES ☐ NO
ADMITTED TO THE HOSPITAL? ☐ YES ☐ NO
DESCRIBE INURIES
WAS PFD WORN? ☐ YES ☐ NO
WAS IT INFLATABLE ☐ YES ☐ NO
PRIOR TO THE ACCIDENT ☐ YES ☐ NO
AS A RESULT OF THE ACCIDENT ☐ YES ☐ NO

**BOAT NO. 2 (IF MORE THAN 2 VESSELS, ATTACH ADDITIONAL IDENTIFYING INFORMATION)**

NAME OF OPERATOR
OPERATOR ADDRESS
OPERATOR TELEPHONE NUMBER ( )
BOAT REGISTRATION OR DOCUMENTATION NUMBER
STATE
NAME OF OWNER
OWNER ADDRESS
OWNER TELEPHONE NUMBER ( )

**PROPERTY DAMAGE**

ESTIMATED AMOUNT (USE BEST GUESS IF FORMAL ESTIMATE NOT AVAILABLE)
THIS BOAT AND CONTENTS $
OTHER BOAT AND CONTENTS $
OTHER PROPERTY $

DESCRIBE PROPERTY DAMAGE: KEEL DAMAGED & LIFTED INTO HULL BOTTOM - HAIR LINE CRACKS IN HULL BOTTOM

**WITNESS NOT ON THIS VESSEL**

NAME: DOUG & WIFE
ADDRESS: MINERDOUG@HOTMAIL.COM
TELEPHONE NUMBER ( )
NAME: 08 MC 0957 JP
ADDRESS: NAME OF YACHT - HOKUSAI
TELEPHONE NUMBER: SAIL

**PERSON COMPLETING THIS REPORT**

NAME: BOBETTE SUTER
ADDRESS: PO 1709 QUOGUE NY 11959
TELEPHONE NUMBER: 631-653-3877
SIGNATURE: [signature]
QUALIFICATION: ☒ OPERATOR ☐ INVESTIGATOR ☒ OWNER ☐ OTHER
DATE SUBMITTED: 8/11-06

**ACCIDENT DESCRIPTION**

DESCRIBE WHAT HAPPENED (SEQUENCE OF EVENTS, INCLUDE FAILURE OF EQUIPMENT. INCLUDE A DIAGRAM IF NEEDED. CONTINUE ON ADDITIONAL SHEETS IF NECESSARY. INCLUDE ANY INFORMATION REGARDING THE INVOLVEMENT OF ALCOHOL AND/OR DRUGS IN CAUSING OR CONTRIBUTING TO THE ACCIDENT. INCLUDE ANY DESCRIPTIVE INFORMATION ABOUT THE USE OF LIFE JACKETS.

SEE ATTACHED SHEET

**FOR AGENCY USE ONLY**

CAUSES BASED ON (CHECK ONE) ☐ THIS REPORT ☐ INVESTIGATION ☐ INVESTIGATION AND THIS REPORT ☐ OTHER
NAME OF REVIEWING OFFICER
DATE RECEIVED
☐ RECREATIONAL ☐ COMMERCIAL ☐ NON-REPORTABLE
PRIMARY CAUSE
SECONDARY CAUSE

DODSON BOATYARD STONINGTON CONN

August 18, 2006

45530

Bobette Suter
P.O. Box 1709
Quogue, NY 11959

Dear Bobette,

To follow is an Itemization of Repair regarding repair of damage to you S/V ELUSIVE, a 1988 J 37C (HIN# 75P37021E788). The vessel was damaged when her keel struck a submerged subject (likely an unmarked rock) within the mooring field in Watch Hill Harbor, Watch Hill, RI on the afternoon of August 7th. The most significant damage is to the keel sump area. Access to this area required the removal of the engine (which is located directly over the keel), as well as the entire main salon sole. Additionally, the keel itself will need to be removed and rebedded as its bonding has been compromised.

---

**Itemization of Repair**
**re. S/V ELUSIVE**

1. Emergency haul and block boat. Launch after repair.
   Labor: 37' @ $22/ft — $ 814.00

2. Move boat to crane area to de-rig and remove engine.
   Labor: 3.0 hrs @ $82/hr — $ 246.00

3. De-rig, unstep and store spars. Upon repair, step, tune, pin and tape rig. Hang boom. Connect mast wiring. Run running rigging. Bend on sails and canvas.
   Labor: 46.0 hrs @ $82.00/hr — $3772.00
   Materials: rigging tape, cotter pins, plastic — $ 40.00

4. Disconnect and remove engine. Pump and clean engine bilge and sump area.
   Labor: 30.0 hrs @ $82/hr — $2,460.00
   Materials: oil diapers, bilge cleaner, rags, misc. — $ 75.00

5. Move boat and block in repair shed.
   Labor: 9.0 hrs @ $82.00/hr (three men) — $ 738.00

6. Remove (cut-out) main salon sole in order to provide access to sump and fiberglass sections outboard, aft and forward of sump. Make, install and varnish new sole.
   Labor: 120.0 hrs @ $82/hr — $ 9,840.00
   Materials: teak plywood, sandpaper, fasteners, bungs, varnish, varnish supplies, misc. — $ 1,150.00

7. Lift boat with Travelift. Disconnect and remove keel. (requires building keel cradle) Resurface keel sump and top of keel for fair mating surfaces. Reinstall keel after internal and external hull repairs. Fair and barrier coat forward bottom edge of keel.
Labor: 220. hrs @ $82/hr $18,040.00
Materials: 5 gallons vinylester resin, 5 gallons acetone, 30 yards of 0.75 oz mat, 25 yards of 1708 glass cloth-biaxial, 2 one gallon Awl Fair kits, 1 gallon of epoxy barrier coat, 2 gallons of 309 gelcoat, 1 five gallon West epoxy kit, misc. supplies. $ 2,900.00

8. Repair all interior fiberglass fractures (see attached notes). Repairs will require removal of engine pan and all cables, wiring, hoses and pumps, which are currently run through openings in bilge stringers. Furthermore, as fiberglass grinding will be required, the cabins and surrounding joinery will need to be tented/protected.
Labor: 95.0 hrs @ $82/hr $ 7790.00
Materials: see above #7

9. Repair all exterior fiberglass fractures including the port side keel stub radius, the forward end of the stub, the starboard side of the keel stub radius and the aft end of the stub at the propeller shaft aperture.
Labor: 80hrs @ $82/hr $ 6,560.00
Materials: see above #7

10. Reinstall engine and shaft. Re-route and replace as necessary hoses, cables, wiring, pumps, etc. Re-align engine upon launch and sea-trail boat.
Labor: 50.0 hrs @ $82/hr $4,100.00
Materials: wiring, hose, hose changes, electrical connectors, fasteners, etc. $ 200.00

| Summary: | |
|---|---|
| Total Labor: | $54,360.00 |
| Total Materials: | $ 4,365.00 |
| CT Sales Tax: | $ 261.90 |
| Environmental Charge: | $1,622.13 |
| Total: | $60,609.03 |

45530

The itemization of repairs described above is meant for planning and budgetary purposes only. Actual costs may be higher or lower. Upon any significant departure of this estimate, owners will be notified in a timely manner. If you would like us to proceed with this work, please sign and return a copy of this itemization as soon as possible.

Sincerely,

Dann Lockwood
General Manager

Owner's Signature

45530

DODSON BOATYARD STONINGTON CONN

January 25, 2007

Mr. Frank Saulle
Davis & Company Limited
16 Shenandoah, 2nd Floor
Staten Island, NY 10314

Dear Frank,

Pursuant to our conversation yesterday concerning the status of the damage repair to Mrs. Bobette Suter's S/V ELUSIVE (Allstate claim #212633224), below please find an overview of contributing factors leading to our request for an extension of labor and materials compensation for this project. Please reference my comments to the original "Itemization of Repair" submitted to Mrs. Suter and your office, dated August 18, 2006 (copy attached).

In essence, the additional efforts focused on repair descriptions #8 (interior fiberglass fractures) and #7 and #9 (keel and exterior fiberglass delamination). Please see specific comments below.

**A. Re, Interior damage repair:**

1. Broken shallow floor aft at shaft aperture went undetected until sole framing was begun.

2. Had to remove engine pan completely because of keel bolt washers being cast into epoxy; included need for more precise referencing so as to relocate.

3. Much more extensive repairs were necessary at shaft alley and aperture. Many preliminary small glass laminations were required to restore structural integrity while maintaining alignment; also some secondary epoxy based procedures were required.

4. Large transverse floor very badly damaged; it was removed completely and repaired internally, then reinstalled into the hull and surrounding structure. This was absolutely necessary. Physical size and elevations were critical.

5. Reinstallation was required of seacock and thru hull near engine pan.



P.O. BOX 272, STONINGTON, CONN. 06378-0272 860/535-1507

**B. Re, Exterior damage repair:**

1. Vacuum bagging laminate at exterior was very labor intensive as it was considcrably thicker than anticipated.

2. Overall size of exterior repair especially on portside became considerably larger due to failure along balsa core interface.

In addition to the additional labor demanded by this job, we have found that our materials estimates were woefully insufficient as well. The total materials estimate originally submitted was for $4365.00 plus CT sales tax of $267.90. The actual billings for materials through December 31 are $9542.44, with more to come.

To summarize, Dodson Boatyard regrets the insufficient estimate which was originally submitted. Though we have a long history of repair, especially on J-boats, we simply did not adequately foresee the scope of this job. We are fully aware that if we were to invoice all labor and materials which will be required to complete this repair we would exceed the insured value of the boat. Nonetheless we are committed to a proper and complete repair and request any amount of additional compensation that can be supported within the insured value limit of the policy. Any charges beyond that amount will be absorbed by Dodson Boatyard. As I have suggested to you, you are encouraged to visit us in order to inspect the boat, perhaps to allow for a clearer understanding of the work. In any event, we appreciate your understanding and efforts to assist in our request for a reconsideration of the charges to date and to complete the project. I look forward to speaking with you again in the near future.

Sincerely,

Dann Lockwood
General Manager

CC: Bobette Suter

PHOTOGRAPH DISCRIPTION SHEET



Plate #1: Port side view of vessel.



Plate #2: Hull Identification Number.



Plate #3: Starboard side view of vessel.



Plate #4: View of leading edge of keel.



Plate #5: View of front starboard side of keel.



Plate #6: Vie of aft edge of keel at hull bottom.



Plate #7: View of engine.



Plate #8: View of aft keel sump area.



Plate #9: View of forward keel sump area.

INSD: Bobette Suter
POL: 078502661
CLAIM: 2126333224

D/L: 8/7/2006
T/L: SSO
Our Ref: 45530 2006 2

Description:1988 J37C sailboat HIN TSP37021E788 equipped with a Volvo Penta diesel engine

VALUE: (Per Buc Used Boat Price Guide Vol.I, 90th Ed.)
Low $86,100.00 High $94,600.00 Median Value $90,350.00

SURVEYORS WORKSHEET

| Description | Labor | Material |
|---|---|---|
| Emergency haul and block | $814.00 | |
| Move boat to crane area | $246.00 | |
| De rig un step store spars<br>Re rig | $3,772.00 | $40.00 |
| Remove engine, clean bilge<br>And sump area | $2,460.00 | $75.00 |
| Move boat block in repair<br>Shed | $738.00 | |
| R+R main salon teak and holly<br>Salon sole | $9,840.00 | |
| R+R, re bed fair and barrier coat<br>Keel | $19,844.00 | $5,488.72 |
| Repair all fiberglass fractures<br>Inside and out | $15,826.00 | $3,738.72 |
| Re install engine and shaft<br>Hook up all accessories<br>Launch and sea trial | $4,100.00 | $200.00 |

| | |
|---|---|
| Labor: | $57,640.00 |
| Material: | $9,542.44 |
| Tax: | $572.54 |
| Environmental Charge:(2.75%) | $1,863.26 |
| Total: | $69,618.24 |
| Less Depreciation: ( ) | $ |
| Less Deductible: | $2,500.00 |
| Net: | $67,118.24 |

67118.24
-58109.03
9009.21

Davis and Company, Ltd.

Frank J. Saulle, Marine Surveyor
(attending)

Frank Taft, VP of Operations
(in review)

dated: February 15, 2007
at: Staten Island, N.Y

NOTES:Labor was calculated at $82.00 an hour.

DODSON BOATYARD STONINGTON CONN

January 25, 2007

4530

Mr. Frank Saulle
Davis & Company Limited
16 Shenandoah, 2nd Floor
Staten Island, NY 10314

Dear Frank,

Pursuant to our conversation yesterday concerning the status of the damage repair to Mrs. Bobette Suter's S/V ELUSIVE (Allstate claim #212633224), below please find an overview of contributing factors leading to our request for an extension of labor and materials compensation for this project. Please reference my comments to the original "Itemization of Repair" submitted to Mrs. Suter and your office, dated August 18, 2006 (copy attached).

In essence, the additional efforts focused on repair descriptions #8 (interior fiberglass fractures) and #7 and #9 (keel and exterior fiberglass delamination). Please see specific comments below.

**A. Re, Interior damage repair:**

1. Broken shallow floor aft at shaft aperture went undetected until sole framing was begun.

2. Had to remove engine pan completely because of keel bolt washers being cast into epoxy; included need for more precise referencing so as to relocate.

3. Much more extensive repairs were necessary at shaft alley and aperture. Many preliminary small glass laminations were required to restore structural integrity while maintaining alignment; also some secondary epoxy based procedures were required.

4. Large transverse floor very badly damaged; it was removed completely and repaired internally, then reinstalled into the hull and surrounding structure. This was absolutely necessary. Physical size and elevations were critical.

5. Reinstallation was required of seacock and thru hull near engine pan.

P.O. BOX 272, STONINGTON, CONN. 06378-0272 860/535-1507

**B. Re, Exterior damage repair:**

1. Vacuum bagging laminate at exterior was very labor intensive as it was considerably thicker than anticipated.

2. Overall size of exterior repair especially on portside became considerably larger due to failure along balsa core interface.

In addition to the additional labor demanded by this job, we have found that our materials estimates were woefully insufficient as well. The total materials estimate originally submitted was for $4365.00 plus CT sales tax of $267.90. The actual billings for materials through December 31 are $9542.44, with more to come.

To summarize, Dodson Boatyard regrets the insufficient estimate which was originally submitted. Though we have a long history of repair, especially on J-boats, we simply did not adequately foresee the scope of this job. We are fully aware that if we were to invoice all labor and materials which will be required to complete this repair we would exceed the insured value of the boat. Nonetheless we are committed to a proper and complete repair and request any amount of additional compensation that can be supported within the insured value limit of the policy. Any charges beyond that amount will be absorbed by Dodson Boatyard. As I have suggested to you, you are encouraged to visit us in order to inspect the boat, perhaps to allow for a clearer understanding of the work. In any event, we appreciate your understanding and efforts to assist in our request for a reconsideration of the charges to date and to complete the project. I look forward to speaking with you again in the near future.

Sincerely,

Dann Lockwood
General Manager

45530

CC: Bobette Suter

DODSON BOATYARD STONINGTON CONN

August 18, 2006

45530

Bobette Suter
P.O. Box 1709
Quogue, NY 11959

Dear Bobette,

To follow is an Itemization of Repair regarding repair of damage to you S/V ELUSIVE, a 1988 J 37C (HIN# 75P37021E788). The vessel was damaged when her keel struck a submerged subject (likely an unmarked rock) within the mooring field in Watch Hill Harbor, Watch Hill, RI on the afternoon of August 7th. The most significant damage is to the keel sump area. Access to this area required the removal of the engine (which is located directly over the keel), as well as the entire main salon sole. Additionally, the keel itself will need to be removed and rebedded as its bonding has been compromised.

**Itemization of Repair**
**re. S/V ELUSIVE**

| | | |
|---|---|---|
| 1. | Emergency haul and block boat. Launch after repair.<br>Labor: 37' @ $22/ft | $ 814.00 |
| 2. | Move boat to crane area to de-rig and remove engine.<br>Labor: 3.0 hrs @ $82/hr | $ 246.00 |
| 3. | De-rig, unstep and store spars. Upon repair, step, tune, pin and tape rig. Hang boom. Connect mast wiring. Run running rigging. Bend on sails and canvas.<br>Labor: 46.0 hrs @ $82.00/hr<br>Materials: rigging tape, cotter pins, plastic | <br><br>$3772.00<br>$ 40.00 |
| 4. | Disconnect and remove engine. Pump and clean engine bilge and sump area.<br>Labor: 30.0 hrs @ $82/hr<br>Materials: oil diapers, bilge cleaner, rags, misc. | <br>$2,460.00<br>$ 75.00 |
| 5. | Move boat and block in repair shed.<br>Labor: 9.0 hrs @ $82.00/hr (three men) | $ 738.00 |
| 6. | Remove (cut-out) main salon sole in order to provide access to sump and fiberglass sections outboard, aft and forward of sump. Make, install and varnish new sole.<br>Labor: 120.0 hrs @ $82/hr<br>Materials: teak plywood, sandpaper, fasteners, bungs, varnish, varnish supplies, misc. | <br><br>$ 9,840.00<br>$ 1,150.00 |

7. Lift boat with Travelift. Disconnect and remove keel. (requires building keel cradle) Resurface keel sump and top of keel for fair mating surfaces. Reinstall keel after internal and external hull repairs. Fair and barrier coat forward bottom edge of keel.
Labor: 220. hrs @ $82/hr $18,040.00
Materials: 5 gallons vinylester resin, 5 gallons acetone, 30 yards of 0.75 oz mat, 25 yards of 1708 glass cloth-biaxial, 2 one gallon Awl Fair kits, 1 gallon of epoxy barrier coat, 2 gallons of 309 gelcoat, 1 five gallon West epoxy kit, misc. supplies. $ 2,900.00

8. Repair all interior fiberglass fractures (see attached notes). Repairs will require removal of engine pan and all cables, wiring, hoses and pumps, which are currently run through openings in bilge stringers. Furthermore, as fiberglass grinding will be required, the cabins and surrounding joinery will need to be tented/protected.
Labor: 95.0 hrs @ $82/hr $ 7790.00
Materials: see above #7

9. Repair all exterior fiberglass fractures including the port side keel stub radius, the forward end of the stub, the starboard side of the keel stub radius and the aft end of the stub at the propeller shaft aperture.
Labor: 80hrs @ $82/hr $ 6,560.00
Materials: see above #7

10. Reinstall engine and shaft. Re-route and replace as necessary hoses, cables, wiring, pumps, etc. Re-align engine upon launch and sea-trail boat.
Labor: 50.0 hrs @ $82/hr $4,100.00
Materials: wiring, hose, hose changes, electrical connectors, fasteners, etc. $ 200.00

45530

| Summary: | |
|---|---|
| Total Labor: | $54,360.00 |
| Total Materials: | $ 4,365.00 |
| CT Sales Tax: | $ 261.90 |
| Environmental Charge: | $ 1,622.13 |
| Total: | $60,609.03 |

The itemization of repairs described above is meant for planning and budgetary purposes only. Actual costs may be higher or lower. Upon any significant departure of this estimate, owners will be notified in a timely manner. If you would like us to proceed with this work, please sign and return a copy of this itemization as soon as possible.

Sincerely,

Dann Lockwood
General Manager

Owner's Signature

45530

**CERTIFICATION**

I hereby certify that on June 12, 2008, I electronically filed the within Statement using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Kelly N. Michels

Seth Holbrook, Esq.
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110